HANSON BRIDGETT LLP
MERTON A. HOWARD, SBN 161125
mhoward@hansonbridgett.com
SHANNON M. NESSIER, SBN 267644
snessier@hansonbridgett.com
KAYLEN KADOTANI, SBN 294114
kkadotani@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for CNH Industrial America LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CNH INDUSTRIAL AMERICA LLC,<br><br>Defendant. | Case No. 2:17-CV-02021-TLN-DB<br><br>**DEFENDANT CNH INDUSTRIAL AMERICA LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CNH Industrial America LLC, files its corporate disclosure.

CNH Industrial America LLC is a privately held Delaware limited liability company whose sole member is Case New Holland Industrial, Inc.  Case New Holland Industrial, Inc. is a Delaware corporation and a wholly owned subsidiary of CNH Industrial N.V., which is a Netherlands public limited liability company with its principal office in the United Kingdom. CNH Industrial N.V.'s common shares are listed on the New York Stock Exchange and the Mercato Telematico Azionario, organized and managed by the Borsa Italiana S.p.A. CNH Industrial N.V. qualifies as a "foreign private issuer" under the U.S. federal securities laws. Thus, neither CNH Industrial America LLC, nor its members, are citizens of the State of California. See 28 U.S.C. § 1332(c)(1).

///

///

1    Based on the above information, this matter is a civil action over which this Court has

2  original jurisdiction under 28 U.S.C. § 1332.

3

4  DATED: November 27, 2017                HANSON BRIDGETT LLP

5

6                                          By:        /s/ Shannon M. Nessier

7                                               MERTON A. HOWARD
                                                SHANNON M. NESSIER
8                                               KAYLEN KADOTANI
                                                Attorneys for CNH Industial America LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13969276.1