HANSON BRIDGETT LLP
MERTON A. HOWARD, SBN 161125
mhoward@hansonbridgett.com
SHANNON M. NESSIER, SBN 267644
snessier@hansonbridgett.com
KAYLEN KADOTANI, SBN 294114
kkadotani@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendant
CNH Industrial America LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CNH INDUSTRIAL AMERICA LLC,<br><br>Defendant. | Case No. 2:17-CV-02021-TLN-DB<br><br>**ORDER GRANTING EXTENSION OF DISCOVERY DEADLINE** |

This matter being before the Court on the Parties' Stipulation for Order for Extension of Discovery Deadline, currently set for September 14, 2018, as set forth in the Court's February 5, 2018 Pretrial Scheduling Order (the "Scheduling Order"), until October 19, 2018; and the Court having reviewed the record and being otherwise sufficiently advised as to the good cause basis for this extension;

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. The Parties shall have until October 19, 2018, to complete discovery and depositions.

ORDER OF THE COURT

IT IS SO ORDERED:

Dated: September 10, 2018

_____
Troy L. Nunley
United States District Judge