1  Maura Walsh Ochoa (SBN 193799)
   Jordan Everakes (SBN 251371)
2  GROTEFELD HOFFMANN
   700 Larkspur Landing Circle, Suite 280
3  Larkspur, CA 94939
   415.344.9670 – telephone
4  415.989.2802 – facsimile

5  David J. Taylor (*Pro Hac Vice*)
   Michelle D. Hurley (*Pro Hac Vice*)
6  YOST & BAILL, LLP
   220 South Sixth Street, Suite 2050
7  Minneapolis, MN 55402
   612.338.6000 – telephone
8  612.344.1689 – facsimile

9  Attorneys for Plaintiff Nationwide
   Mutual Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CNH INDUSTRIAL AMERICA LLC,<br><br>Defendant. | No.: 2:17-CV-02021-TLN-DB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that all claims in this matter between Plaintiff Nationwide Mutual Insurance Company and Defendant CNH Industrial America LLC be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorney's fees, expenses, and costs.

///

///

///

///

1

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated this __25th__ day of October, 2018 | YOST & BAILL |

/s/ David J. Taylor
DAVID J. TAYLOR
MICHELLE D. HURLEY

GROTEFELD HOFFMANN
MAURA WALSH OCHOA
JORDAN EVERAKES
Attorneys for Nationwide Mutual Insurance Company

Respectfully submitted,

Dated this __25th__ day of October, 2018   HANSON BRIDGETT LLP

/s/ Shannon M. Nessier
MERTON A. HOWARD
SHANNON M. NESSIER
KAYLEN KADOTANI

FROST BROWN TODD, LLC
LIAM E. FELSEN, PH.D.
Attorneys for CNH Industrial America LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: October 26, 2018

The Honorable Troy L. Nunley
United States District Court Judge